**Charlie Edward McCLINTON,**
**Plaintiff–Appellant,**

v.

**Chris HARRIS, of Probation, Pardon & Parole Services; Mitch Tucker, of Probation, Pardon & Parole Services, Defendants–Appellees,**

**and**

**John Ewing, Jr., of the Richland County Sheriff's Department; Ellis Pearson, of the Richland County Sheriff's Department; H.J. Pooles, of the Rich-**

land County Sheriff's Department; State of South Carolina; Erin Gaddy; Danita Wallace; Reginald I. Lloyd, Richland County Circuit Court Judge, Defendants.

No. 06–7198.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 22, 2006.

Charlie Edward McClinton, Appellant Pro Se. Tommy Evans, Jr., South Carolina Department of Probation, Parole & Pardon Service, Columbia, South Carolina, for Appellees.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Edward McClinton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClinton v. Ewing,* No. 6:05–cv–02999–PMD, 2006 WL 1663800 (D.S.C. June 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*